JAMES B. DEAN, Respondent, *v.* HUGH EWING, Appellant.

*Appeals—Briefs.*—If the appellant fail to file the statement and points, as required by the statute, the appeal will be dismissed. (R. C. 1855, p. 1300, § 32.)

### *Appeal from Law Commissioner's Court.*

*Knox & Smith,* for respondent.

*Jones & Sherman,* for appellant.

BATES, Judge, delivered the opinion of the court.

The appellant has wholly failed to file a statement and points, as required by the statute.

The appeal is therefore dismissed, the other judges concurring.